No. 653. GENERAL SHOE CORP. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Waller* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.

No. 676. KAMENY v. BRUCKER, SECRETARY OF THE ARMY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Herbert E. Morris* for respondents.

No. 677. SMITH ET AL. v. MYERS ET AL. Supreme Court of Ohio. Certiorari denied. *Warren W. Gibson* for petitioners.

No. 684. THEODORE KAGEN CORP. ET AL. v. FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *B. Paul Noble* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick, Richard A. Solomon, PGad B. Morehouse* and *Alan B. Hobbes* for respondent.

No. 672. MURPHY v. COLORADO. Supreme Court of Colorado. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Mathias F. Correa* and *Eugene F. Sikorovsky* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Richard A. Zarlengo,* Assistant Attorney General, for respondent.